KENT B. SCOTT, ESQ.
Admitted pro hac vice
ADAM T. MOW, ESQ.
Admitted pro hac vice
**BABCOCK SCOTT & BABCOCK**
505 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 531-7000

*Attorneys for The Richardson Design Partnership, LLC,
Neil Richardson, and Rochester & Associates*

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WES ADAMS, an individual; BEAVER DAM FARMS, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>RICHARDSON DESIGN PARTNERSHIP, LLC, a Utah limited liability company; NEIL RICHARDSON, an agent of RICHARDSON DESIGN PARTNERSHIP, LLC and in his individual capacity; ROCHESTER & ASSOCIATES, INC., a Georgia domestic profit corporation; DOES I-X, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:08-cv-01382-RLH-PAL<br>Judge Roger L. Hunt<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    Defendants, Richardson Design Partnership, LLC, Neil Richardson, and Rochester & Associates, Inc. and Plaintiffs, Wes Adams and Beaver Dam Farms, LLC (collectively referred to as the "Parties"), hereby stipulate and agree that this case has

been fully compromised and settled as to all claims, counterclaims, and affirmative defenses that were or could have been raised by and between the Parties.

Therefore, the Parties request and jointly move this Court for an Order consistent with this stipulation, dismissing all claims and causes of action in this matter with prejudice, with each party to bear its own attorney fees and costs.

DATED: _____    DATED: 6 AUGUST 2010

SHUMWAY VAN & HANSEN, CHTD.          BABCOCK SCOTT & BABCOCK, PC

/s/ Michael C. Van                    /s/ Adam T. Mow

Michael C. Van, Esq.                  Adam T. Mow, Esq.
William L. Bryson, Esq.               Admitted Pro Hac Vice
8985 S. Eastern Ave, Suite 100        505 East 200 South, Suite 300
Las Vegas, NV 89123                   Salt Lake City, Utah 84102

*Attorney for Wes Adams, Scott Bleazard*    *Attorneys for The Richardson Design*
*& Beaver Dam Farms, LLC.*                  *Partnership, LLC, Neil Richardson, and*
                                            *Rochester & Associates, Inc.*

## ORDER OF DISMISSAL

Based on the foregoing Stipulation and other good cause,

IT IS HEREBY ORDERED that the instant litigation, case no. 2:08-cv-01382, is dismissed with prejudice, with each party hereto to bear its respective attorney fees and costs.

Dated this 9th day of August, 2010.

_____
Roger L. Hunt
CHIEF UNITED STATES DISTRICT JUDGE